No. 671, October Term, 1939. SONTAG CHAIN STORES Co., LTD. *v.* NATIONAL NUT COMPANY OF CALIFORNIA. October 14, 1940. 310 U. S. 281.

No. 705, October Term,.1939. UNITED STATES *v.* DICKERSON. October 14, 1940. 310 U. S. 554.

No. 713, October Term, 1939. UNITED STATES ET AL. *v.* AMERICAN TRUCKING ASSOCIATIONS, INC., ET AL. October 14, 1940. 310 U. S. 534.

No. 752, October Term, 1939. BORCHARD ET AL. *v.* CALIFORNIA BANK ET AL. October 14, 1940. 310 U. S. 311.

No. 785, October Term, 1939. LOWMAN *v.* FEDERAL LAND BANK OF LOUISVILLE ET AL. October 14, 1940. 310 U. S. 656.

No. 853, October Term, 1939. NORTH WHITTIER HEIGHTS CITRUS ASSN. *v.* NATIONAL LABOR RELATIONS BOARD. October 14, 1940. 310 U. S. 632.

No. 882, October Term, 1939. FRETWELL *v.* GILLETTE SAFETY RAZOR Co. October 14, 1940. 310 U. S. 627.

No. 896, October Term, 1939. McCAMPBELL *v.* WARRICH CORPORATION ET AL. October 14, 1940. 310 U. S. 631; *ante,* p. 612.

No. 938, October Term, 1939. PARSONS ET AL. *v.* CHILDS ET AL. October 14, 1940. 310 U. S. 640.